# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORTIZ & ASSOCIATES CONSULTING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 18-1265-MN |
| ) | |
| ROKU, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT ROKU, INC.'S MOTION TO DISMISS FOR
## LACK OF PATENT-ELIGIBLE SUBJECT MATTER

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Roku, Inc. moves to dismiss Plaintiff's Complaint, with prejudice. The grounds for this motion are set forth in Roku's Opening Brief, submitted herewith.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

*Of Counsel:*

Kent E. Baldauf, Jr.
Bryan P. Clark
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA  15222
(412) 471-8815

Dated:  December 26, 2018

{01399911;v1 }